**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Carrizal Construction LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 8  5  –  1  2  4  6  8  2  4 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **832 Rock Creek Ln.**<br>Number   Street | Number   Street |
| | P.O. Box |
| **Red Oak**  **TX**  **75154**<br>City   State   ZIP Code | City   State   ZIP Code |
| **Ellis**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number   Street<br><br>City   State   ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor   **Carrizal Construction LLC**_____   Case number (if known) _____

**7.   Describe debtor's business**

*A.  Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B.  Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.*  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11.   *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor **Carrizal Construction LLC** _____    Case number (if known) _____

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in _this district?_**

_Check all that apply:_

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** _(Check all that apply.)_

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street

_____
City    State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

Debtor **Carrizal Construction LLC** _____    Case number (if known) _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☑ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/23/2024** _____
MM / DD / YYYY

**X** **/s/ Juan B. Carrizal** _____
Signature of authorized representative of debtor

**Juan B. Carrizal** _____
Printed name

**Sole Managing Member** _____
Title

Debtor  **Carrizal Construction LLC**                                        Case number (if known) _____

**18.  Signature of attorney**          X  **/s/ Derek K. Prosser**                              Date  **05/23/2024**
                                        Signature of attorney for debtor                         MM / DD / YYYY

                                        **Derek K. Prosser**
                                        Printed name
                                        **Toronjo & Prosser Law**
                                        Firm name
                                        **6440 N. Central Expressway**
                                        Number        Street
                                        **Suite 104**

                                        **Dallas**                          **TX**    **75206**
                                        City                                State      ZIP Code

                                        **(214) 609-8787**                   **dprosser@t-plaw.com**
                                        Contact phone                        Email address
                                        **24086889**                         _____
                                        Bar number                           State

**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **Carrizal Construction LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1.   **Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.
☐ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**          **Current value of debtor's interest**

2.   **Cash on hand**

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

4.   **Other cash equivalents**          *(Identify all)*

Name of institution (bank or brokerage firm)

5.   **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$0.00**

### Part 2:    Deposits and prepayments

6.   **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| Debtor | Carrizal Construction LLC | Case number (if known) |
|---|---|---|
| | Name | |

**Current value of debtor's interest**

**7.** **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.** **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.    $0.00

## Part 3:   Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.
☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**11.** **Accounts receivable**

11a. 90 days old or less: _____ – _____ = ............ ➔ _____
face amount    doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ............ ➔ _____
face amount    doubtful or uncollectible accounts

**12.** **Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $0.00

## Part 4:   Investments

**13.** **Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.** **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.    $0.00

## Part 5:   Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.
☐ Yes. Fill in the information below.

Debtor   **Carrizal Construction LLC**                                    Case number (if known) _____
_____
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**

Add lines 19 through 22.  Copy the total to line 84.                                    $0.00

**24. Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**

Add lines 28 through 32.  Copy the total to line 85.                                    $0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

Debtor  **Carrizal Construction LLC**_____    Case number (if known) _____
　　　　　Name

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.  Go to Part 8.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  **Total of Part 7.**
　　 Add lines 39 through 42.  Copy the total to line 86.

| | $0.00 |
|---|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 8:  Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☒ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  2020 Ram 3500 | | | $50,000.00 |
| 48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **2021 Kubota SVL65-2HWC (Skid Steer) and related attachments** | | | $30,000.00 |

51.  **Total of Part 8.**
　　 Add lines 47 through 50.  Copy the total to line 87.

| | $80,000.00 |
|---|---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor    **Carrizal Construction LLC**                                    Case number (if known) _____
       Name

## Part 9:  Real property

**54.  Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

**55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**56.  Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.    | $0.00 |

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.  Patents, copyrights, trademarks, and trade secrets**

**61.  Internet domain names and websites**

**62.  Licenses, franchises, and royalties**

**63.  Customer lists, mailing lists, or other compilations**

**64.  Other intangibles, or intellectual property**

**65.  Goodwill**

**66.  Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.    | $0.00 |

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor    **Carrizal Construction LLC**                                    Case number (if known) _____
        Name

## Part 11:  All other assets

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes.  Fill in the information below.

                                                                      **Current value of
debtor's interest**

**71.** **Notes receivable**

    Description (include name of obligor)

**72.** **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.** **Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.

                                                                                          $0.00

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Debtor | **Carrizal Construction LLC** | Case number (if known) |
|---|---|---|
| | Name | |

<div style="background:black">**Part 12:** Summary</div>

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $80,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* ➕ | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $80,000.00 ➕ 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ..................... | | **$80,000.00** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Carrizal Construction LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1.   Do any creditors have claims secured by debtor's property?**

☐ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☑ Yes.  Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2.   List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Creditor's name **Ally Financial** | Describe debtor's property that is subject to a lien **2020 Ram 3500** | $50,719.46 | $50,000.00 |

**2.1**

| | |
|---|---|
| Creditor's name **Ally Financial** | Describe debtor's property that is subject to a lien **2020 Ram 3500** |
| Creditor's mailing address **P.O. Box 380901** | Describe the lien **Purchase Money** |
| | Is the creditor an insider or related party? |
| **Bloomington      IL    55438** | ☑ No    ☐ Yes |
| Creditor's email address, if known | Is anyone else liable on this claim? |
| | ☐ No    ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Date debt was incurred | As of the petition filing date, the claim is: Check all that apply. |
| Last 4 digits of account number     **4   8   5   8** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Do multiple creditors have an interest in the same property? ☑ No ☐ Yes.  Specify each creditor, including this creditor, and its relative priority. | |

**3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $100,719.46

| Debtor | **Carrizal Construction LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.2**

**Creditor's name**
**Kubota Credit Corporation USA**

**Creditor's mailing address**
**PO Box 2046**

**Grapevine        TX    76099**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**        **3   4   4   7**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

　　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**2021 Kubota SVL65-2HWC (Skid Steer) and related at**

**Describe the lien**
**Purchase Money**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| $50,000.00 | $30,000.00 |
|---|---|

**Fill in this information to identify the case:**

Debtor **Carrizal Construction LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐  No. Go to Part 2.
☑  Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,700.85** | **$6,700.85** |

**Internal Revenue Service**

**P.O Box 7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Income Taxes**

Philadelphia          PA      19101-7346

**Date or dates debt was incurred**
2023

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account
number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)( __8__ )

Debtor   **Carrizal Construction LLC**                                   Case number (if known) _____

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$408.57** |

**Allstate Indemnity Company**

**2775 Sanders Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Northbrook**          IL      60062

Basis for the claim: **Insurance Contract**

Date or dates debt was incurred   _____

Last 4 digits of account number   **8   1   9   1**

Is the claim subject to offset?
☒ No
☐ Yes

---

| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$66,854.85** |

**Amur Equipment Finance Inc.**

**308 N. Locust St. #100**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Grand Island**          NE      68801

Basis for the claim: **Business Auto Deficiency**

Date or dates debt was incurred   _____

Last 4 digits of account number   **5   2   2   6**

Is the claim subject to offset?
☒ No
☐ Yes

---

| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$16,193.00** |

**Balboa Capital Corporation**

**c/o Marisa D. Poulos**

**575 Anton Boulevard, Suite 1080**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Costa Mesa**          CA      92626

Basis for the claim: **Loan Deficiency**

Date or dates debt was incurred   **2023**

Last 4 digits of account number   **L   C   J   C**

Is the claim subject to offset?
☒ No
☐ Yes

---

| **3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,636.64** |

**Capital One Bank USA NA**

**P.O. Box 31293**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Salt Lake City**          UT      84131

Basis for the claim: **Business Credit Card**

Date or dates debt was incurred   _____

Last 4 digits of account number   **4   0   5   3**

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Carrizal Construction LLC | Case number (if known) | |
|---|---|---|---|

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $73,023.22 |
|---|---|---|---|

**Caterpillar Financial Services Corporati**

**2120 West End Ave.**

**PO Box 340001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Nashville | TN | 37203-0001 |
|---|---|---|

Basis for the claim:
**Loan Deficiency**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **9    1    2    8**

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $42,798.62 |
|---|---|---|---|

**Everest Business Funding**

**5 West 37th Street**

**Suite 1100**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| New York | NY | 10018 |
|---|---|---|

Basis for the claim:
**Merchant Cash Advance**

Date or dates debt was incurred    **1/4/2023**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **6    8    8    3**

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $36,315.08 |
|---|---|---|---|

**Ford Motor Credit**

**c/o Hosto Buchan Law Firm**

**PO Boc 3397**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Little Rock | AR | 72203 |
|---|---|---|

Basis for the claim:
**Loan Deficiency**

Date or dates debt was incurred    **2023**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **8    5    4    0**

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $42,647.35 |
|---|---|---|---|

**Headway Capital, LLC**

**175 W. Jackson Blvd., Suite 1000**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Chicago | IL | 60604 |
|---|---|---|

Basis for the claim:
**Merchant Cash Advance**

Date or dates debt was incurred    **2022**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **1    9    8    2**

---

| Debtor | Carrizal Construction LLC | Case number (if known) | |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $24,863.00 |
|---|---|---|---|

**North Mill Credit Trust**

**601 Merritt 7, Suite 5**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Norwalk** | **CT** | **06851** |
|---|---|---|

Basis for the claim:
**Business Equipment Deficiency**

Date or dates debt was incurred    **2023**

Is the claim subject to offset?

Last 4 digits of account number    **2  8  8  5**

☒ No
☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $40.11 |
|---|---|---|---|

**PAM - NTTA**

**PO Box 863867**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Plano** | **TX** | **75086-3867** |
|---|---|---|

Basis for the claim:
**Tolls**

Date or dates debt was incurred    **2023**

Is the claim subject to offset?

Last 4 digits of account number    **8  5  5  2**

☒ No
☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $42,719.85 |
|---|---|---|---|

**PNC Bank, N.A.**

**Attn:  Bankruptcy Dept.**

**P.O. Box 489909**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Charlotte** | **NC** | **28269-5329** |
|---|---|---|

Basis for the claim:
**Business Equipment Deficiency**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **0  9  9  6**

☒ No
☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $20,726.25 |
|---|---|---|---|

**Quick Bridge Funding LLC**

**410 Exchange**

**Suite 410**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Irvine** | **CA** | **92602** |
|---|---|---|

Basis for the claim:
**Business Loan**

Date or dates debt was incurred    **07/07/2022**

Is the claim subject to offset?

Last 4 digits of account number    **4  3  1  1**

☒ No
☐ Yes

| Debtor | Carrizal Construction LLC | Case number (if known) | |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.13** Nonpriority creditor's name and mailing address

RMA Toll Processing

P.O. Box 734182

| Dallas | TX | 75373 |
|---|---|---|

Date or dates debt was incurred    **2023**

Last 4 digits of account number    **4    3    8    3**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Contract**

Is the claim subject to offset?

☑ No
☐ Yes

**$16.35**

---

**3.14** Nonpriority creditor's name and mailing address

Toronjo & Prosser Law

6440 N. Central Expressway

Suite 104

| Dallas | TX | 75206 |
|---|---|---|

Date or dates debt was incurred    **04/23/2024**

Last 4 digits of account number    __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Attorney Fees**

Is the claim subject to offset?

☑ No
☐ Yes

**$2,800.00**

---

**3.15** Nonpriority creditor's name and mailing address

Toyota Financial Services

PO Box 22171

| Tempe | AZ | 85285 |
|---|---|---|

Date or dates debt was incurred    **2023**

Last 4 digits of account number    **0    8    3    8**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Loan Deficiency**

Is the claim subject to offset?

☑ No
☐ Yes

**$27,029.98**

---

**3.16** Nonpriority creditor's name and mailing address

TxTag

P.O. Box 650749

| Dallas | TX | 75265 |
|---|---|---|

Date or dates debt was incurred    **2023**

Last 4 digits of account number    **7    4    9    6**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Tolls**

Is the claim subject to offset?

☑ No
☐ Yes

**$226.47**

---

Debtor    **Carrizal Construction LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

As of the petition filing date, the claim is:
*Check all that apply.*

$21,310.16

**Wex Fleet One**

**3102 West End Ave.**

**Suite 900**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nashville**                    **TN**    **37203**

**Basis for the claim:**

**Vendor Debt**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number**    **1   9   8   4**

☑ No
☐ Yes

Debtor   **Carrizal Construction LLC**_____   Case number (if known) _____

## Part 3:   List Others to Be Notified About Unsecured Claims

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Amur Equipment Finance**<br>**PO Box 2555**<br>**304 W 3rd St.**<br><br>**Grand Island    NE    68801** | Line **3.2**<br>☐ Not listed.  Explain: | **5   2   2   6** |
| 4.2 | **Caine & Weiner**<br>**P.O. Box 55848**<br><br><br>**Sherman Oaks    CA    91413** | Line **3.5**<br>☐ Not listed.  Explain: | **1   5   6   8** |
| 4.3 | **Currency**<br>**PO Box 844803**<br><br><br>**Los Angeles    CA    90084** | Line _____<br>☑ Not listed.  Explain:<br>**Trade Payable** | **8   9   6   1** |
| 4.4 | **Ford Motor Credit**<br>**P.O. Box 542000**<br><br><br>**Omaha    NE    68154** | Line **3.7**<br>☐ Not listed.  Explain: | **1   7   2   2** |
| 4.5 | **Holt Cat**<br>**PO Box 207916**<br><br><br>**San Antonio    TX    78220** | Line _____<br>☑ Not listed.  Explain:<br>**Trade Payable** | **0   0   1   0** |
| 4.6 | **Lam Lyn Philip PC**<br>**The Woodway Tower**<br>**6363 Woodway Dr.**<br>**Suite 975**<br>**Houston    TX    77057** | Line **3.2**<br>☐ Not listed.  Explain: | __  __  __  __ |

Debtor    **Carrizal Construction LLC**                                Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **National Funding** **9530 Towne Centre Dr.** **San Diego** CA **92121** | Line **3.12** ☐ Not listed. Explain: | **4  3  1  1** |
| 4.8 | **PNC Bank, N.A>** **655 Business Center Dr.** **Suite 250** **Horsham** PA **19044** | Line **3.11** ☐ Not listed. Explain: | __ __ __ __ |
| 4.9 | **PrimeCore Group** **880 Marietta Hwy.** **Roswell** GA **30075** | Line **3.12** ☐ Not listed. Explain: | **6  8  2  3** |
| 4.10 | **Vangarde Group** **4780 Ashford Dunwoody Rd.** **Ste. 540 #411** **Atlanta** GA **30338** | Line **3.6** ☐ Not listed. Explain: | **0  6  1  8** |

Debtor    **Carrizal Construction LLC**　　　　　　　　　　　Case number (if known) ＿＿＿＿＿＿＿＿＿＿＿

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**　**Add the amounts of priority and nonpriority unsecured claims.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Total of claim amounts**

5a.　**Total claims from Part 1**　　　　　　　　　5a.　＿＿＿＿＿＿**$6,700.85**

5b.　**Total claims from Part 2**　　　　　　　　　5b. **+**　＿＿＿**$420,609.50**

5c.　**Total of Parts 1 and 2**　　　　　　　　　　5c.　＿＿＿**$427,310.35**
　　　Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Carrizal Construction LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | Chapter **7** |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☑ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Carrizal Construction LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Juan B. Carrizal | **832 Rock Creek Ln.** <br> Number    Street <br><br> **Red Oak**        **TX**   **75154** <br> City                    State  ZIP Code | **Ally Financial** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 Juan B. Carrizal | **832 Rock Creek Ln.** <br> Number    Street <br><br> **Red Oak**        **TX**   **75154** <br> City                    State  ZIP Code | **Balboa Capital Corporation** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.3 Juan B. Carrizal | **832 Rock Creek Ln.** <br> Number    Street <br><br> **Red Oak**        **TX**   **75154** <br> City                    State  ZIP Code | **Capital One Bank USA NA** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.4 Juan B. Carrizal | **832 Rock Creek Ln.** <br> Number    Street <br><br> **Red Oak**        **TX**   **75154** <br> City                    State  ZIP Code | **Everest Business Funding** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.5 Juan B. Carrizal | **832 Rock Creek Ln.** <br> Number    Street <br><br> **Red Oak**        **TX**   **75154** <br> City                    State  ZIP Code | **Ford Motor Credit** | ☐ D <br> ☑ E/F <br> ☐ G |

Debtor   **Carrizal Construction LLC**                                    Case number (if known) _____

▮ **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.6 | Juan B. Carrizal | **832 Rock Creek Ln.** <br> Number    Street <br><br> **Red Oak**        **TX**   **75154** <br> City        State  ZIP Code | **Headway Capital, LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.7 | Juan B. Carrizal | **832 Rock Creek Ln.** <br> Number    Street <br><br> **Red Oak**        **TX**   **75154** <br> City        State  ZIP Code | **Holt Cat** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.8 | Juan B. Carrizal | **832 Rock Creek Ln.** <br> Number    Street <br><br> **Red Oak**        **TX**   **75154** <br> City        State  ZIP Code | **Internal Revenue Service** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.9 | Juan B. Carrizal | **832 Rock Creek Ln.** <br> Number    Street <br><br> **Red Oak**        **TX**   **75154** <br> City        State  ZIP Code | **Kubota Credit Corporation USA** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.10 | Juan B. Carrizal | **832 Rock Creek Ln.** <br> Number    Street <br><br> **Red Oak**        **TX**   **75154** <br> City        State  ZIP Code | **North Mill Credit Trust** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.11 | Juan B. Carrizal | **832 Rock Creek Ln.** <br> Number    Street <br><br> **Red Oak**        **TX**   **75154** <br> City        State  ZIP Code | **PNC Bank, N.A.** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.12 | Juan B. Carrizal | **832 Rock Creek Ln.** <br> Number    Street <br><br> **Red Oak**        **TX**   **75154** <br> City        State  ZIP Code | **Quick Bridge Funding LLC** | ☐ D <br> ☑ E/F <br> ☐ G |

Debtor    **Carrizal Construction LLC**_____    Case number (if known) _____

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:*  **Codebtor** | | *Column 2:*  **Creditor** | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| **2.13** | **Juan B. Carrizal** | **832 Rock Creek Ln.**<br>Number        Street<br><br>**Red Oak**            **TX**    **75154**<br>City                          State    ZIP Code | **Toyota Financial Services** | ☐ D<br>☑ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name  **Carrizal Construction LLC**

United States Bankruptcy Court for the:  **NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:  Summary of Assets

1.  ***Schedule A/B: Assets--Real and Personal Property*** (Official Form 206A/B)

    1a.  **Real property:**
    Copy line 88 from Schedule A/B......................................................... | **$0.00**

    1b.  **Total personal property:**
    Copy line 91A from Schedule A/B.................................................... | **$80,000.00**

    1c.  **Total of all property**
    Copy line 92 from Schedule A/B...................................................... | **$80,000.00**

### Part 2:  Summary of Liabilities

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D..................................... | **$100,719.46**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F.................................... | **$6,700.85**

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................ | **+ $420,609.50**

4.  **Total liabilities**
Lines 2 + 3a + 3b...................................................................................... | **$528,029.81**

**Fill in this information to identify the case and this filing:**

Debtor Name          **Carrizal Construction LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/23/2024**          X **/s/ Juan B. Carrizal**
       MM / DD / YYYY          Signature of individual signing on behalf of debtor

                             **Juan B. Carrizal**
                             Printed name

                             **Sole Managing Member**
                             Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Carrizal Construction LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any
additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

**1. Gross revenue from business**

☐ None

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | | | | **Sources of revenue**<br>Check all that apply. | **Gross revenue**<br>(before deductions<br>and exclusions |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024**<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:** | From **01/01/2023**<br>MM / DD / YYYY | to | **12/31/2023**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$126,715.00** |
| **For the year before that:** | From **01/01/2022**<br>MM / DD / YYYY | to | **12/31/2022**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$581,413.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from
lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days
before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be
adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Debtor | **Carrizal Construction LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | **Caterpillar Financial Services Corporati** <br> Creditor's name <br> **2120 West End Ave.** <br> Street <br> **PO Box 340001** <br><br> **Nashville**  **TN**  **37203-0001** <br> City  State  ZIP Code | **2022 Caterpillar 299D3XE Compact Truck Loader** | _____ | _____ |
| 5.2. | **Toyota Financial Services** <br> Creditor's name <br> **PO Box 22171** <br> Street <br><br> **Tempe**  **AZ**  **85285** <br> City  State  ZIP Code | **2021 Chevrolet 2500HD** | **56600** | **$56,600.00** |
| 5.3. | **Ford Motor Credit** <br> Creditor's name <br> **c/o Hosto Buchan Law Firm** <br> Street <br> **PO Boc 3397** <br><br> **Little Rock**  **AR**  **72203** <br> City  State  ZIP Code | **2022 Ford F750** | **10/11/2023** | **$77,000.00** |
| 5.4. | **Balboa Capital Corporation** <br> Creditor's name <br> **c/o Marisa D. Poulos** <br> Street <br> **575 Anton Boulevard, 12th Floor** <br><br> **Costa Mesa**  **CA**  **92626** <br> City  State  ZIP Code | **2023 PJ 14ft High Side Gooseneck Dump Trailer** | **10/16/2023** | _____ |
| 5.5. | **PNC Bank, N.A>** <br> Creditor's name <br> **655 Business Center Dr.** <br> Street <br> **Suite 250** <br><br> **Horsham**  **PA**  **19044** <br> City  State  ZIP Code | **Fecon Drum Mulcher Head** | **7/12/2023** | _____ |

Debtor  **Carrizal Construction LLC**                     Case number (if known) _____
        <sub>Name</sub>

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|

5.6.  **North Mill Credit Trust**           **2022 PJ 32ft Trailer**      **09/15/2023**   **$12,650.00**
      <sub>Creditor's name</sub>
      **601 Merritt 7, Suite 5**
      <sub>Street</sub>

      **Norwalk**          **CT**    **06851**
      <sub>City</sub>          <sub>State</sub>   <sub>ZIP Code</sub>

      Creditor's name and address      Description of the property       Date        Value of property
5.7.  **Amur Equipment Finance**          **2021 Ford F350**            **05/26/2023**
      <sub>Creditor's name</sub>
      **PO Box 2555**
      <sub>Street</sub>
      **304 W 3rd St.**

      **Grand Island**       **NE**    **68801**
      <sub>City</sub>          <sub>State</sub>   <sub>ZIP Code</sub>

**6.**   **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:   Legal Actions or Assignments

**7.**   **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Balboa Capital Corporation v. Carrizal Construction LLC and Juan Carrizal** | **Breach of Contract** | **Superior Court of California**<br><sub>Name</sub><br>**County of Orange**<br><sub>Street</sub> | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br>**30-2023-01353172** | | <sub>City                State  ZIP Code</sub> | |
| 7.2. | **Ford Motor Credit Company LLC v. Carrizal Construction LLC and Juan Carrizal** | **Breach of Contract Personal Guarantee** | **County Court at Law No. 1**<br><sub>Name</sub><br>**Ellis County**<br><sub>Street</sub> | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**24-C-3229** | | <sub>City                State  ZIP Code</sub> | |
| 7.3. | **Amur Equipment Finance, Inc. v. Carrizal Condstruction LLC & Juan Carrizal** | **Breach of Contract Personal Guarantee** | **Ellis County**<br><sub>Name</sub><br><br><sub>Street</sub> | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**113635** | | <sub>City                State  ZIP Code</sub> | |

Debtor    **Carrizal Construction LLC**                                    Case number (if known)  _____
_____
Name

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:    Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6:    Certain Payments or Transfers

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Toronjo & Prosser Law** | | 5/23/2024 | $200.00 |

**Address**

**6440 N. Central Expressway**
Street
**Suite 104**
_____
**Dallas**                    **TX**     **75206**
City                          State     ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

**12.  Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

Debtor    **Carrizal Construction LLC** _____    Case number (if known) _____
        Name

**13.  Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:  Previous Locations

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8:  Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■  diagnosing or treating injury, deformity, or disease, or

■  providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:  Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
      ☐ No.  Go to Part 10.
      ☐ Yes.  Fill in below:

Debtor    **Carrizal Construction LLC**          Case number (if known) _____
      Name

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **JPMorgan Chase Bank, N.A.** <br> Name <br><br> **PO Box 182051** <br> Street <br><br><br> **Columbus    OH    43218** <br> City     State    ZIP Code | **XXXX- 0 7 5 1** | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | **09/19/2023** | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

Debtor    **Carrizal Construction LLC**                                    Case number (if known)  _____
_____
        Name

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
        Include settlements and orders.

☒ No
☐ Yes.  Provide details below.

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes.  Provide details below.

**24.  Has the debtor notified any govermental unit of any release of hazardous material?**

☒ No
☐ Yes.  Provide details below.

## Part 13:  Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**
        List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☒ None

**26.  Books, records, and financial statements**

   26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | **iTax Hub LLC** <br> Name <br> **115 S. Wood St.** <br> Street <br> <br> **Ferris**  **TX**  **75125** <br> City  State  ZIP Code | From  **2021**  To  **present** |

Debtor    **Carrizal Construction LLC**_____    Case number (if known) _____
          Name

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|

26c.1.  **Juan B. Carrizal**_____
        Name
        **832 Rock Creek Ln.**_____
        Street
        _____

        **Red Ok**          **TX**     **75154**
        City                State      ZIP Code

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

27.  **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes.  Give the details about the two most recent inventories.

28.  **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
|---|---|---|---|
| Juan B. Carrizal | 832 Rock Creek Ln. Red Oak, TX 75154 | Sole Managing Member | 100% |

29.  **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes.  Identify below.

| **Name** | **Address** | **Position and nature of any interest** | **Period during which position or interest was held** |
|---|---|---|---|

30.  **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes.  Identify below.

31.  **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes.  Identify below.

32.  **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes.  Identify below.

| Debtor | **Carrizal Construction LLC** | Case number (if known) | _____ |
|---|---|---|---|
| | Name | | |

---

**Part 14:**   **Signature and Declaration**

---

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/23/2024**
            MM / DD / YYYY

**X** **/s/ Juan B. Carrizal**                                    Printed name   **Juan B. Carrizal**
     Signature of individual signing on behalf of the debtor

     Position or relationship to debtor   **Sole Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In re  **Carrizal Construction LLC**                              Case No.  _____

                                                                 Chapter    **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept.................................................................... **$3,000.00**

   Prior to the filing of this statement I have received........................................................ **$200.00**

   Balance Due..................................................................................................................... **$2,800.00**

2. The source of the compensation paid to me was:
   ☑ Debtor                    ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor                    ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| __05/23/2024__ | **/s/ Derek K. Prosser** |
| *Date* | *Derek K. Prosser*    Bar No. 24086889 |
| | Toronjo & Prosser Law |
| | 6440 N. Central Expressway |
| | Suite 104 |
| | Dallas, Texas 75206 |
| | Phone: (214) 609-8787 / Fax: (866) 640-7043 |

---

**/s/ Juan B. Carrizal**

*Juan B. Carrizal*
*Sole Managing Member*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:   **Carrizal Construction LLC**                          CASE NO

                                                                CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  5/23/2024                          Signature   **/s/ Juan B. Carrizal**
                                                      *Juan B. Carrizal*
                                                      *Sole Managing Member*

Date _____            Signature _____

Allstate Indemnity Company
2775 Sanders Road
Northbrook, IL 60062


Ally Financial
P.O. Box 380901
Bloomington, IL 55438


Amur Equipment Finance
PO Box 2555
304 W 3rd St.
Grand Island, NE 68801


Amur Equipment Finance Inc.
308 N. Locust St. #100
Grand Island, NE 68801


Attorney General of The United States
Main Justice Building, Room 5111
10th & Constitution Avenue, N.W.
Washington, D.C. 20530


Balboa Capital Corporation
c/o Marisa D. Poulos
575 Anton Boulevard, Suite 1080
Costa Mesa, CA 92626


Caine & Weiner
P.O. Box 55848
Sherman Oaks, CA 91413


Capital One Bank USA NA
P.O. Box 31293
Salt Lake City, UT 84131


Caterpillar Financial Services Corporati
2120 West End Ave.
PO Box 340001
Nashville, TN 37203-0001

Currency
PO Box 844803
Los Angeles, CA 90084


Everest Business Funding
5 West 37th Street
Suite 1100
New York, NY 10018


Ford Motor Credit
c/o Hosto Buchan Law Firm
PO Boc 3397
Little Rock, AR 72203


Ford Motor Credit
P.O. Box 542000
Omaha, NE 68154


Headway Capital, LLC
175 W. Jackson Blvd., Suite 1000
Chicago, IL 60604


Holt Cat
PO Box 207916
San Antonio, TX 78220


Internal Revenue Service
P.O Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
P.O Box 7346 Philadelphia, PA 19101-7346


Juan B. Carrizal
832 Rock Creek Ln.
Red Oak, TX 75154

Kubota Credit Corporation USA
PO Box 2046
Grapevine, TX 76099


Lam Lyn Philip PC
The Woodway Tower
6363 Woodway Dr.
Suite 975
Houston, TX 77057

National Funding
9530 Towne Centre Dr.
San Diego, CA 92121


North Mill Credit Trust
601 Merritt 7, Suite 5
Norwalk, CT 06851


PAM - NTTA
PO Box 863867
Plano, TX 75086-3867


PNC Bank, N.A.
Attn:  Bankruptcy Dept.
P.O. Box 489909
Charlotte, NC 28269-5329


PNC Bank, N.A>
655 Business Center Dr.
Suite 250
Horsham, PA 19044


PrimeCore Group
880 Marietta Hwy.
Roswell, GA 30075


Quick Bridge Funding LLC
410 Exchange
Suite 410
Irvine, CA 92602

RMA Toll Processing
P.O. Box 734182
Dallas, TX 75373


Texas Alcohol Beverage Commissions
P.O. Box 13127
Austin, Texas 7871-3127


Texas Attorney General's Office
P.O. Box 12548
Austin, Texas 78711


Texas Workforce Commission
TEC Building-Bankruptcy
101 East 15th Street
Austin, Texas 78778


Toronjo & Prosser Law
6440 N. Central Expressway
Suite 104
Dallas, Texas 75206


Toyota Financial Services
PO Box 22171
Tempe, AZ 85285


TxTag
P.O. Box 650749
Dallas, TX 75265


U.S.Trustee
1100 Commerce St.
Rm 976
Dallas, Texas


Vangarde Group
4780 Ashford Dunwoody Rd.
Ste. 540 #411
Atlanta, GA 30338

Wex Fleet One
3102 West End Ave.
Suite 900
Nashville, TN 37203